**No. 39496.**—Protests 416423–G, etc., of Charles Baum Co. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers, flasks, and cups chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339 as claimed. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.